UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-3053-MWF(RZx)**                    Dated: **September 17, 2015**

Title:      Mohamed El Arabi -*v*- G4S Secure Solutions (USA) Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                    None Present
Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the September 16, 2015 email from the office of Raj D. Roy to the Courtroom Deputy Clerk, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 19, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-