Jamie Y. Lee (SBN 228389)
Jamie.Lee@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
G4S SECURE SOLUTIONS (USA) INC.

Raj D. Roy (SBN 183726)
Frank P. Agello (SBN 204471)
roylegalgroup@gmail.com
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone : (818) 993-330
Facsimile : (818) 993-4577

Attorneys for Plaintiff
MOHAMED EL ARABI

JS-6

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED EL ARABI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: CV14-3054-MWF-RZx**<br><br>[Assigned for all purposes to the Hon. Michael W. Fitzgerald, Courtroom 1600]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: April 21, 2014 |

///

///

///

///

///

///

# ORDER

Pursuant to the Parties Joint Stipulation for Dismissal, the Court orders as follows:

1. Plaintiff MOHAMED EL ARABI's entire complaint against Defendant G4S SECURE SOLUTIONS (USA) INC for Case number: **CV14-3054-MWF-RZx**, including all causes of action alleged therein, is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: October 30, 2015

_____
Michael W. Fitzgerald
United States District Judge